Opinion approved by the Court.

### DOUGLAS v. STATE.
### No. 25759.

Court of Criminal Appeals of Texas.
March 19, 1952.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant waived a jury and entered a plea of guilty before the court on a charge of driving a motor vehicle while intoxicated. His penalty was assessed by the court at a fine of $50.

The record contains no statement of facts nor bills of exception. All proceedings appear regular and nothing is presented for our consideration.

The judgment is affirmed.